No. 04–7635. COLLINS *v.* NORRIS ET AL. C. A. 7th Cir.;

No. 04–7856.  STONNER *v.* UNITED STATES.  C.'A. 2d Cir.; and

No. 04–8034.  OSTER *v.* SUTTON ET AL.  Sup. Ct. N. H.  Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 15, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.